UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESBAY RODRIGUEZ ALVAREZ,

       Petitioner,

v.                                                                 Case No. 2:26-cv-02027-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER, et al.,

       Respondents.
_____/

## ORDER

Before the Court is Petitioner Esbay Rodriguez Alvarez's Petition for Writ of Habeas Corpus (Doc. 1).  The Court finds the Petition warrants an expedited response.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1), **electronically** to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov) and to Immigration and Customs Enforcement at OPLAORLFEDLIT@ice.dhs.gov, and by **first class mail** to the Attorney General of the United States in Washington, D.C (U.S.

Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. On or before **June 24, 2026**, the respondents must respond to all allegations, grounds, and arguments asserted in the petition and show cause why it should not be granted.

3. Petitioner may file a reply to the response but is not required to do so. Any reply must be filed **3 days** after the response is filed. The Court will not address new grounds raised in the reply. *See United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006). The reply must not exceed **10 pages**.

**DONE AND ORDERED** in Fort Myers, Florida on June 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

tdc
Copies:        All parties of record

2