UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESBAY RODRIGUEZ ALVAREZ,

      Petitioner,

    v.                              Case No.:  2:26-cv-02027-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH,

      Respondents,

_____/

## OPINION AND ORDER

Before the Court are Esbay Rodriguez Alvarez's Motion to Determine Compliance with the Court's June 25, 2026 Judgment (Doc. 13) and the federal government's response (Doc. 16).

Rodriguez Alvarez is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On June 30, 2026, an immigration judge determined that Rodriguez Alvarez is a danger to the community and a flight risk and denied release on bond. Rodriguez Alvarez asks the Court to review the bond decision to determine whether it complied with the Constitution and the Court's order. Rodriguez Alvarez does not identify any defects with the hearing. Rather, he invites the Court to reweigh the evidence and order his release. But the proper way to challenge the result of a bond

hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Rodriguez Alvarez's motion (Doc. 13) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on June 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2